TO: United States District Court
    501 West 10th Street, Rm. 310
    Fort Worth, Texas 76102-3673

**FILED**

June 9, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

7:25-cv-59-O

From: Curtis G. Copeland #2439362
    Telford Unit
    3899 State Hwy 98
    New Boston, Texas 75570

Date: 5-20-25

Dear District Court Clerk,

I am writing you for a copy of your (the Tyler, Tx Courts) rules governing the filing of the §1983. Also please send me a copy for each named defendant by registered or certified mail and a request you send a returned receipt; since I've not gotten mail you have sent me in the past resulting in my case being terminated as without prejudious.

I've been told I will have to refile the 42 U.S.C. §1983 if this is true please send me a new §1983 motion. I'm sorry I have not remembered the specific dates, and names of defendants which is why my Judgement was rendered without prejudious also. I've recently learned I can get the needed info. for this info. by filing a Discloser. I'm not knowledgeable about legal work I've just received books that are helping me. In these books I was informed I was to inform you (The Courts) of my past two lawsuits (§1983) one was in Corpus Christi, Texas and the other was there in Tyler, Tx. I don't remember the numbers for those cases the defendants in the Tyler, case was the Human Resource services of Texas, or Texas Dept. of Human Resource Services the one in Corpus was on TDCJ et.al. both were dismissed without prejudious.

I am indigent and will be filing this pro se, forma Paupris. When I am informed by the Courts what I need to do moving foward I'll do so. I am currently on medical transport and have been held over now 2 months on the Byrd unit, 21 FM 247, Huntsville, Texas 77342, but I could be sent back to my unit of assignment (Telford Unit), at any given time thats why I provided you with that address at the top of this page.

As I stated in my last letter my copies of my grievances submitted with my §1983 regaurding this case were destroied by an officer Mr. OSO,

by throwing two 5 gallom igloo's of water on all my property in retali-
ation for me seting a fire outside my cell door. I would like to know if
you will please send me copies of the grievances I submitted with my
§1983

    I also want to ask the Court's under Tex. R. Civ. Proc. 190.1 if the Courts
will set my §1983 as a level 3 for the purpose of discovery?

    In the mean time I will petition the proper prison athorities to get a
6 month indigent statement to send the Courts claiming my indigent status.
Thank you for your time an assistance...

                        Sincerly,
                        Curtis Gene Copeland
                        Telford unit
                        3899 State Hwy 98
                        New Boston, Texas 75570



HOUSTON TX RPDC 773

4 JUN 2025    AM 2   L

RECEIVED

JUN - 9 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
501 West 10th Street rm310
Fort Worth, Texas 76102-3673

76102-975999

NAME Austin D. Copeland
TDCJ# 02493269
Byrd Unit
21 FM 247
Huntsville, TX 77320

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION